```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07696
   GLENDA JUNE FRITZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6665


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/31/2008 and was confirmed 07/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CARDHOLDER MANAGEMENT SE   UNSECURED        NOT FILED         .00            .00
B-REAL LLC                 UNSECURED         4044.43          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         2059.54          .00            .00
B-REAL LLC                 UNSECURED         2707.74          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1749.20          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1730.80          .00            .00
LVNV FUNDING LLC           UNSECURED         1868.56          .00            .00
NCO FINANCIAL SYSTEMS IN   UNSECURED         6917.30          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,880.00                      241.96
TOM VAUGHN                 TRUSTEE                                          21.04
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                263.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 241.96
TRUSTEE COMPENSATION                            21.04
DEBTOR REFUND                                     .00
                      ---------------       ---------------
TOTALS                 263.00                  263.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 07696 GLENDA JUNE FRITZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE